UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DANNY W. MORRIS, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 3:12-cv-0387 |
| | ) | Chief Judge Haynes |
| FOUR STAR PAVING, LLC, | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 18) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 17th day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court