# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANNY W. MORRIS, | ) |
|       Plaintiff | ) |
| | )   No. 3:12-cv-0387 |
| v. | ) |
| FOUR STAR PAVING, LLC, | ) |
|       Defendant | ) |

## JOINT NOTICE OF RESOLUTION

The parties hereby provide notice to the Court that the all issues in the case are resolved and that the jury trial currently scheduled to begin on Tuesday, August 13, 2013 should be cancelled.

Date: August 9, 2013                          Respectfully submitted,

*s/ Wade B. Cowan, w/ permission*
*by Marcia McShane*
Wade B. Cowan, BPR No. 9403
Attorney for Plaintiff
Suite 225
150 Second Avenue North
Nashville, TN 37201
615/256-8125
wcowan@dhhrplc.com

*s/ Marcia Dawn McShane*
Mary Dohner Smith, BPR No. 21451
Marcia Dawn McShane, BPR No. 20878
Attorneys for Defendant
**CONSTANGY, BROOKS & SMITH, LLP**
401 Commerce Street, Suite 1010
Nashville, TN 37219
615/ 320-5200
615/ 321-5891 (facsimile)
mdohner@constangy.com
mmcshane@constangy.com

*s/ Todd R. McFarland with permission by Marcia McShane*
Todd R. McFarland
Attorney for Plaintiff
Associate General Counsel
**General Conference of Seventh-day Adventists**
12501 Old Columbia Pike
Silver Springs, MD  20904-6600
McFarlandT@gc.adventist.org