IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY W. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE No. 3:12-cv-387 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| FOUR STAR PAVING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has been notified by the parties that all matters and things in controversy in this action have been compromised and settled (Docket Entry No 43).

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated. This action is closed.

It is so **ORDERED**.

ENTERED this the 9th day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court